Barton Anthony **STROMSKI,**
Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 02–35947.
D.C. No. M–02–00447–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*
Decided April 16, 2003.

Before RYMER, KLEINFELD and FISHER, Circuit Judges.

MEMORANDUM**

Barton Anthony Stromski appeals pro se the district court's order denying his Fed. R.Crim.P. 41(e) motion for the return of property he contends was seized pursuant to a defective warrant. We dismiss Stromski's appeal for lack of jurisdiction.

This Court may review denial of a Rule 41(e) motion only "if the motion is solely for the return of property and is in no way tied to a criminal prosecution *in esse* against the movant." *Andersen v. United States,* 298 F.3d 804, 807 (9th Cir.2002) (quoting *DiBella v. United States,* 369 U.S. 121, 131–32, 82 S.Ct. 654, 7 L.Ed.2d 614 (1962)). The indictment issued against Stromski after he filed this appeal effectively deprives this Court of jurisdiction.

*See Bridges v. United States (In re 3021 6th Ave. N., Billings, MT)*, 237 F.3d 1039, 1041 (9th Cir.2001) ("[E]ven where appellate jurisdiction over this type of order exists at the time of filing, that jurisdiction is lost and the appeal must be dismissed whenever an indictment is returned.").

**DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the